UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 04, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| GAMCO Asset Management, Inc., | § | |
| | § | |
| *versus* | § | Civil Action 4:19−cv−03363 |
| | § | |
| Mark McCollum, et al. | § | |

## Order Resetting Conference

1.  The pretrial conference has been reset to:

    January 8, 2020
    at 03:00 PM

2.  To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

    Signed on November 4, 2019, at Houston, Texas.

    _____
    Lynn N. Hughes   USDJ
    United States District Judge