# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| GAMCO ASSET MANAGEMENT, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARK MCCOLLUM, CHRISTOPH BAUSCH, KARL BLANCHARD, WILLIAM MACAULAY, MOHAMED AWAD, ROXANNE DECYK, JOHN GASS, EMYR PARRY, FRANCIS KALMAN, DAVID KING, GUILLERMO ORTIZ, ANGELA MINAS, BERNARD DUROC-DANNER, KRISHNA SHIVRAM, DAVID BUTTERS, ROBERT MOSES, ROBERT RAYNE and J.P. MORGAN SECURITIES LLC,<br><br>Defendants. | Case No. 4:19-cv-03363<br><br>**CLASS ACTION**<br><br><u>JURY TRIAL DEMANDED</u> |

**[PROPOSED] ORDER APPOINTING GAMCO ASSET MANAGEMENT, INC. AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF LEAD COUNSEL**

Having considered the motion of GAMCO Asset Management, Inc. ("<u>GAMCO</u>") for appointment as Lead Plaintiff and approval of its selection of lead counsel,

**IT IS HEREBY ORDERED THAT**:

1. GAMCO's motion is **GRANTED**.

2. GAMCO is **APPOINTED** to serve as lead plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraph 4 of this Order.

3. GAMCO's selection of lead counsel is **APPROVED**, and Entwistle & Cappucci

LLP is **APPOINTED** as Lead Counsel for the Class.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

5. This action shall be captioned "*In re Weatherford International plc Securities Litigation*," and the file shall be maintained under Civ. A. No. 4:19-cv-03363.

**IT IS SO ORDERED**.

Dated: _____

_____
HON. LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE