# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| GAMCO ASSET MANAGEMENT, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARK MCCOLLUM, CHRISTOPH BAUSCH, KARL BLANCHARD, WILLIAM MACAULAY, MOHAMED AWAD, ROXANNE DECYK, JOHN GASS, EMYR PARRY, FRANCIS KALMAN, DAVID KING, GUILLERMO ORTIZ, ANGELA MINAS, BERNARD DUROC-DANNER, KRISHNA SHIVRAM, DAVID BUTTERS, ROBERT MOSES, ROBERT RAYNE and J.P. MORGAN SECURITIES LLC,<br><br>Defendants. | Case No. 4:19-cv-03363<br><br>**CLASS ACTION**<br><br><u>JURY TRIAL DEMANDED</u> |

## DECLARATION OF ANDREW J. ENTWISTLE IN SUPPORT OF GAMCO ASSET MANAGEMENT, INC'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL

I, Andrew J. Entwistle, admitted to practice law in the State of Texas and before this Court, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner in the law firm of Entwistle & Cappucci LLP, counsel for GAMCO Asset Management, Inc. ("<u>GAMCO</u>"), the proposed lead plaintiff in the above-captioned action.

2. I make this Declaration in support of the GAMCO's Motion for Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached hereto as "EXHIBIT A" is a true and correct copy of GAMCO's sworn

certification setting forth its transactions in Weatherford common stock during the Class Period.

4. Attached hereto as "EXHIBIT B" is a true and correct copy of a chart reflecting the calculation of losses on a first-in-first-out (i.e. FIFO) basis for GAMCO in Weatherford common stock during the Class Period, prepared by counsel.

5. Attached hereto as "EXHIBIT C" is a true and correct copy of a chart reflecting the calculation of losses on a last-in-first-out (i.e. LIFO) basis for GAMCO in Weatherford common stock during the Class Period, prepared by counsel.

6. Attached hereto as "EXHIBIT D" is a true and correct copy of the Notice of pendency of class action published on *Business Wire* on September 6, 2019.

7. Attached hereto as "EXHIBIT E" is a true and correct copy of Entwistle & Cappucci LLP's firm resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of November 2019.


By: /s/ Andrew J. Entwistle
     Andrew J. Entwistle

## CERTIFICATE OF SERVICE

I certify that on this 5th day of November 2019, I caused the foregoing to be electronically filed with Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Andrew J. Entwistle*
Andrew J. Entwistle