# EXHIBIT 20



News Release

## Weatherford Reports First Quarter 2018 Results

BAAR, SWITZERLAND, April 24, 2018 - Weatherford International plc (NYSE: WFT) reported a net loss of $245 million, or a loss of $0.25 per share for the first quarter of 2018.

### First Quarter 2018 Highlights

- Segment operating income improved by 145% year-over-year
- Successfully extended 2018 and 2019 debt maturities through closing a private offering of $600 million in senior notes
- Estimated recurring benefit of $108 million in annualized cost savings and $41 million in one-time benefits as part of the transformation effort
- Won OTC Asia Spotlight on New Technology Awards for the HeatWave Extreme$^{SM}$ service and the WFX0™ openhole gravel-pack system
- Launched two of the planned divestitures processes and made further progress on our Land Drilling Rigs divestiture

Non-GAAP net loss for the first quarter of 2018, excluding unusual charges and credits, was $188 million, or $0.19, diluted loss per share. This compares to a $329 million non-GAAP net loss for the fourth quarter of 2017, or $0.33 diluted loss per share, and a $318 million non-GAAP net loss for the first quarter of the prior year, or $0.32 diluted loss per share.

Revenue in the first quarter of 2018 was $1.42 billion, which decreased 4% from revenue of $1.49 billion for the fourth quarter of 2017 and was 3% higher than the $1.39 billion of revenue reported for the first quarter of 2017. The sequential revenue decrease was due to non-repeating year-end product sales as well as seasonal declines in the North Sea and Russia. The year-over-year increase was primarily due to activity increases in the U.S., Argentina and Mexico in the Western Hemisphere and Kuwait, Iraq, Russia and Saudi Arabia in the Eastern Hemisphere, partially offset by a decrease in Venezuela as a result of a change in accounting for revenue to cash basis and depressed offshore markets in the North Sea, West Africa and Asia.

Operating loss for the first quarter of 2018 was $39 million. Excluding unusual charges and credits, segment operating income in the first quarter of 2018 was $40 million, up $123 million or 148% sequentially, and up $129 million, or 145%, year-over-year. The sequential improvement was primarily due to improved product margins benefiting from a favorable sales mix, lower personnel and other support costs, the timing of revenue and cost recognition related to deliveries in Kuwait and lower depreciation expenses resulting from asset impairments recorded in the prior quarter.

Year-over-year improvement was led by revenue growth in Production and Well Construction in the U.S. and parts of Latin America combined with higher activity and improved service quality across all product lines in the Middle East and Russia. Results also benefited from an overall reduction in cost structure as well as lower depreciation due to asset sales and impairments in prior quarters. These improvements were partially offset by a decline in revenue in Venezuela after our change in accounting for revenue to a cash basis last quarter.

In the quarter, we recorded pre-tax charges of $57 million, which include $34 million related to the bond tender and call premium, $26 million in currency devaluation charges mostly in the Angolan kwanza, $25 million in restructuring and transformation charges and $18 million in asset write-downs and other, net. This was partially offset by $46 million in credits related to the fair value adjustment of the outstanding warrant.

In the first quarter of 2018, estimated recurring benefits as a result of the transformation plan were $27 million or $108 million on an annualized basis. In addition, we achieved $41 million in one-time benefits, mostly driven by the sale of surplus or non-strategic assets along with an improved collections process.

Mark A. McCollum, President and Chief Executive Officer, commented, "As we continue on our transformational path, our results for the first quarter of 2018 reflect our focus on planning and executing tangible actions to improve our position as a strong, viable and innovative organization. Sequentially and on a year-over-year basis, our operating income, margins and adjusted EBITDA improved substantially, as we steadily reduced our core costs and benefited from an improving market environment. Additionally, we have increased accountability, efficiency and process discipline across the entire Company."

McCollum continued, "The goals we have set forth for 2018 and 2019 are realistic and achievable. We are on track and, in the first quarter, have already achieved 10% of our annualized recurring benefit target. I am excited about our progress as we continue to build momentum. We have the right people, technologies and processes to be successful, and by executing on the detailed action plans we have developed over the past few months, we will generate improved returns and create significant value for our shareholders."

**Cash Flow and Financial Covenants**

Net cash used in operating activities was $185 million for the first quarter of 2018, driven by cash payments of $174 million for debt interest and $26 million for cash severance and restructuring costs partially offset by improved collections of accounts receivables. First quarter capital expenditures of $38 million, including investments in Land Drilling Rigs held-for-sale assets, decreased by $40 million, or 51%, sequentially due to lower spending in Well Construction due to project delays and delayed rig mobilizations, and decreased $2 million or 5% from the same quarter in the prior year.

The Company is in compliance with its financial covenants as defined under our revolving and secured term loan credit facilities as of March 31, 2018, and expects to continue to remain in compliance with all covenants based on current financial projections.

**Conference Call**

The Company will host a conference call with financial analysts to discuss the quarterly results on April 24, 2018, at 8:30 a.m. eastern time (ET), 7:30 a m. central time (CT). Weatherford invites investors to listen to the call live and review related presentation materials via the Company's website. Conference call details can be found at https://www.weatherford.com/en/investor-relations/financial-information/conference-call-details/ and presentation materials can be found at https://www.weatherford.com/en/investor-relations/investor-presentations/. A recording of the conference call and transcript of the call will be available in the Investor Relations section of the website shortly after the call ends.

# # #

| Contacts: | Christoph Bausch | +1.713.836.4615 |
| --- | --- | --- |
| | Executive Vice President and Chief Financial Officer | |
| | | |
| | Karen David-Green | +1.713.836.7430 |
| | Vice President – Investor Relations, Marketing and Communications | |

**Forward-Looking Statements**

This news release contains, and the conference call announced in this release may include, forward-looking statements. These forward-looking statements include, among other things, the Company's quarterly non-GAAP earnings per share, effective tax rate, net debt, forecasts or expectations regarding business outlook, and capital expenditures, and are also generally identified by the words "believe," "project," "expect," "anticipate," "estimate," "outlook," "budget," "intend," "strategy," "plan," "guidance," "may," "should," "could," "will," "would," "will be," "will continue," "will likely result," and similar expressions, although not all forward-looking statements contain these identifying words. Such statements are based upon the current beliefs of Weatherford's management, and are subject to significant risks, assumptions and uncertainties. Should one or more of these risks or uncertainties materialize, or underlying assumptions prove incorrect, actual results may vary materially from those indicated in our forward-looking statements. Readers are also cautioned that forward-looking statements are only predictions and may differ materially from actual future events or results, including possible changes in the expected efficiencies and cost savings associated with our transformation plans; completion of potential dispositions, and the changes in spending and payment timing by our clients and customers. Forward-looking statements are also affected by the risk factors described in the Company's Annual Report on Form 10-K for the year ended December 31, 2017 and those set forth from time-to-time in the Company's other filings with the Securities and Exchange Commission. We undertake no obligation to correct or update any forward-looking statement, whether as a result of new information, future events, or otherwise, except to the extent required under federal securities laws.

**Weatherford International plc**
**Selected Balance Sheet Data**
(Unaudited)
(In Millions)

|  | 3/31/2018 | 12/31/2017 | 9/30/2017 | 6/30/2017 | 3/31/2017 |
|---|---|---|---|---|---|
| **Assets:** | | | | | |
| Cash and Cash Equivalents | $ 459 | $ 613 | $ 445 | $ 584 | $ 546 |
| Accounts Receivable, Net | 1,100 | 1,103 | 1,236 | 1,165 | 1,292 |
| Inventories, Net | 1,225 | 1,234 | 1,752 | 1,728 | 1,700 |
| Assets Held for Sale | 369 | 359 | 935 | 929 | 860 |
| Property, Plant and Equipment, Net | 2,580 | 2,708 | 3,989 | 4,111 | 4,265 |
| Goodwill and Intangibles, Net | 2,968 | 2,940 | 2,575 | 2,527 | 2,602 |
| **Liabilities:** | | | | | |
| Accounts Payable | 809 | 856 | 815 | 837 | 803 |
| Short-term Borrowings and Current Portion of Long-term Debt | 153 | 148 | 391 | 152 | 240 |
| Long-term Debt | 7,639 | 7,541 | 7,530 | 7,538 | 7,299 |
| **Shareholders' Equity:** | | | | | |
| Total Shareholders' Equity [a] | (898) | (571) | 1,384 | 1,524 | 1,691 |

(a) On January 1, 2018, we adopted the accounting standard related to taxes on intra-entity transfers of non-inventory assets on a modified retrospective basis and the impact from this adoption was to record the previously recorded prepaid taxes as an adjustment to retained earnings In addition we also adopted the revenue recognition accounting standard and recorded the cumulative effect of the changes made to our consolidated balance sheet as an adjustment to retained earnings

**Weatherford International plc**
**Net Debt** [a]
(Unaudited)
(In Millions)

| Change in Net Debt for the Three Months Ended 3/31/2018: | | |
|---|---|---|
| Net Debt at 12/31/2017 [a] | $ | (7,076) |
| Operating Loss | | (39) |
| Depreciation and Amortization | | 147 |
| Capital Expenditures for Property, Plant and Equipment | | (29) |
| Capital Expenditures for Assets Held for Sale | | (9) |
| Proceeds from Sale of Assets | | 12 |
| Acquisition of Intangibles | | (3) |
| Increase in Working Capital [b] | | (45) |
| Other Financing Activities | | (10) |
| Accrued Litigation and Settlements | | (8) |
| Income Taxes Paid | | (47) |
| Interest Paid | | (174) |
| Other | | (52) |
| Net Debt at 3/31/2018 [a] | $ | (7,333) |

| Components of Net Debt [a] | 3/31/2018 | 12/31/2017 | 3/31/2017 |
|---|---|---|---|
| Cash | $ 459 | $ 613 | $ 546 |
| Short-term Borrowings and Current Portion of Long-term Debt | (153) | (148) | (240) |
| Long-term Debt | (7,639) | (7,541) | (7,299) |
| Net Debt [a] | $ (7,333) | $ (7,076) | $ (6,993) |

[a] "Net Debt" is defined as debt less cash. Management believes that it provides useful information regarding our level of indebtedness by reflecting cash that could be used to repay debt.
[b] Working capital is defined as accounts receivable plus inventory less accounts payable.

12