**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GAMCO Asset Management, Inc., et al. | § § | |
| *versus* | § § | Case Number: 4:19–cv–03363 |
| Mark McCollum, et al. | § § | |

## Notice of Reassignment

    Pursuant to General Order No. 2023–3, this case is reassigned to the docket of United States District Judge Drew B Tipton. Deadlines in scheduling orders remain in effect.

Date: March 21, 2023

Nathan Ochsner, Clerk