United States District Court
Southern District of Texas

**ENTERED**
April 05, 2023
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-03363 |
|---|---|---|---|

In RE Weatherford International PLC (2019) Securities Litigation

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jonathan Gardner, Esq.<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700 & JGardner@labaton.com<br>NY State 2384394<br>SDNY & EDNY - JG8512 |
|---|---|

| Name of party applicant seeks to appear for: | Utah Retirement Systems |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/20/2023 | Signed: | /s/ Jonathan Gardner |

The state bar reports that the applicant's status is:   Currently Registered

| Dated: April 05, 2023 | Clerk's signature | *KPapain* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: April 05, 2023

*Drew B Tipton*
United States District Judge